# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Revis L. Stephenson, III

        Plaintiff,                Civil 10-3829 (PAM/JJK)

v.

                                  **ORDER OF DISMISSAL**

Clean Energy Capital, LLC, et al
*a Delaware LLC*

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: June __14__ , 2011

                                          *s/Paul A. Magnuson*
                                          Paul A. Magnuson, Judge
                                          United States District Court