UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Revis L. Stephenson III, | Civil No: 10-CV-3829 (PAM/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Clean Energy Capital, LLC, a Delaware LLC, formerly doing business as Ethanol Capital Management, LLC, and Scott Brittenham, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the signed stipulation between the parties, the Court dismisses this action with prejudice on the merits. The parties shall bear their own costs.

IT IS SO ORDERED.

Dated:  July 15, 2011                        s/Paul A. Magnuson
                                             The Honorable Paul A. Magnuson
                                             United States District Court Judge